UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Victoria Petro-Eschler**<br><br>Plaintiff<br><br>v.<br><br>**J.A. Cambece Law Office, P.C.**<br><br>Defendant | **Complaint and Jury Demand** |

### Summary

1. Plaintiff Victoria Petro-Eschler files this lawsuit against the debt collector J.A. Cambece Law Office, P.C. for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* Even though Petro-Eschler lives in North Carolina and opened the account at issue in North Carolina, Cambece sued her in Massachusetts courts, in violation of the FDCPA, which allows debt collectors to sue a debtor only where the debtor actually resides or signed the contract establishing the account.

### Parties

2. Plaintiff Victoria Petro-Eschler ("Petro-Eschler") is a natural person residing in Raleigh, North Carolina.

3. Defendant J.A. Cambece Law Office, P.C. ("Cambece") is a Massachusetts professional corporation with principal offices located in Beverly, Massachusetts.

**Federal Jurisdiction**

4. The Court has jurisdiction because this case arises under the laws of the United States and is brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) in that Cambece has a place of business in this District, transacts business in this District, and a substantial portion of the acts giving rise to this action occurred in this District.

**Facts**

6. Petro-Eschler is a college student completing her studies at North Carolina State University.

7. In 2007, Petro-Eschler opened a credit card with Washington Mutual while living in Youngsville, North Carolina. She opened the card by phone.

8. In July 2008, Petro-Eschler moved to Waltham, Massachusetts to attend Brandeis University.

9. In December 2009, Petro-Eschler moved back to North Carolina, where she has lived ever since.

10. In November 2011, Cambece, on behalf of ANJ Corp., filed a collection lawsuit against Petro-Eschler in the small claims department of the Waltham District Court in Waltham, Massachusetts, with case no. 1151 SC 001108.

11. In the lawsuit, ANJ Corp. claimed to be the assignee of the Washington Mutual credit card. ANJ Corp. is owned by J. Anthony Cambece, who is also the owner of the law firm, Cambece, that sued Petro-Eschler.

12. The small claims trial was scheduled for February 13, 2012.

13. Petro-Eschler received notification of the small claims trial on the same day that the trial was to be held, on February 13, 2012. She received the notification via First-Class mail sent to her residence in North Carolina.

14. Petro-Eschler immediately called Waltham District Court to inquire about why she was being sued. When she called, a clerk informed her that the judgment had already been issued and that the trial had been held earlier that day.

15. Petro-Eschler then called Cambece at their number listed on the statement of small claim. They did not answer their phone so she left a voicemail informing them that she believed her rights had been violated.

16. A judgment in favor of ANJ Corp. and against Petro-Eschler entered on February 16, 2012.

**Count I:**
**Fair Debt Collection Practices Act, 15 U.S.C. § 1692i**
**Filing of Lawsuit in Judicial District Where Consumer Does Not Reside)**

17. The preceding paragraphs are incorporated by reference.

18. Cambece is a law firm whose principal business is the collection of debts owed or alleged to be owed to third parties. Cambece uses the phone, mail, and courts to collect debts. Cambece is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

19. The Washington Mutual credit card that Petro-Eschler opened in 2007 was for personal, family, or household use. The credit card is a "debt" as defined by 15 U.S.C. § 1692a(5).

21. The Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, allows a debt collector to file a lawsuit in only two places: either (1) where the consumer signed the contract sued upon, if there is a signed contract; or (2) where the consumer resides.

> (a) Any debt collector who brings any legal action on a debt against any consumer shall—
> . . . .
>    (2) In the case of an action not described in paragraph (1) [relating to lawsuits related to real property] bring such action only in the judicial district or similar legal entity—
>       (A) in which such consumer signed the contract sued upon; or
>       (B) in which such consumer resides at the commencement of the action.

15 U.S.C. § 1692i.

22. Cambece filed a lawsuit against Petro-Eschler in November 2011 in Waltham District Court in Waltham, Massachusetts. In the lawsuit, Cambece's principal, ANJ Corp., alleged that it was the assignee of the Washington Mutual credit card.

23. Cambece obtained a default judgment against Petro-Eschler on February 12, 2012 in the amount of $2,679.98. Petro-Eschler was never provided with any documentation of Cambece's ownership of the debt or its purported assignment. She denies that she owes the debt to ANJ Corp.

24. Petro-Eschler did not live in Massachusetts at the time Cambece sued her. She also did not open the card in Massachusetts. Petro-Eschler had not lived in Massachusetts for almost two years at the time Cambece sued her. Accordingly, Cambece violated 15 U.S.C. § 1692i by suing her in Massachusetts instead of in North Carolina.

26. Petro-Eschler has been damaged by Cambece's filing of the lawsuit in the wrong judicial district in that she has been forced to engage counsel in Massachusetts to attempt to vacate the judgment, she has suffered inconvenience and loss of time, and other damages.

## Request for Relief

WHEREFORE, Petro-Eschler requests that the Court issue judgment in her favor and against Cambece, actual and compensatory damages, costs, interest, attorney fees, statutory damages in the amount of $1,000, punitive damages, and all other damages available at law or in equity.

Respectfully submitted,

*/s/ Josef C. Culik*
Josef C. Culik (BBO #672665)
CULIK LAW PC
18 Commerce Way, Suite 2850
Woburn, Massachusetts 01801
Tel (800) 962-9570
Fax (781) 780-2515
jculik@culiklaw.com

Attorney for Plaintiff Victoria Petro-Eschler

May 3, 2012