UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Victoria Petro-Eschler**

Plaintiff

v.

**J.A. Cambece Law Office, P.C.**

Defendant

Civ. A. No. 12-10792-JLT

**Stipulation of Dismissal With Prejudice**

Pursuant to Fed. R. Civ. P. 41(a)(1), the undersigned parties hereby stipulate to a dismissal with prejudice of this action, with all rights of appeal waived, and with each party to bears its own costs and attorney fees.

Respectfully submitted,

/s/ *Josef C. Culik*
Josef C. Culik (BBO #672665)
CULIK LAW PC
18 Commerce Way, Suite 2850
Woburn, Massachusetts 01801
(617) 830-1795
jculik@culiklaw.com

Attorney for Plaintiff Victoria Petro-Eschler

/s/ *Andrew M. Schneiderman*
Justin M. Fabella (BBO #654859)
Andrew M. Schneiderman (BBO #666252)
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
(617) 213-7000
jfabella@hinshawlaw.com
aschneiderman@hinshawlaw.com

Attorneys for Defendant J.A. Cambece Law Office, P.C.

June 20, 2013

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 20, 2013.

                /s/ *Josef C. Culik*
                Josef C. Culik